# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
                                                    )
**ALBERT GARRIDO**                                  )        **Case No: 3:10-cv-06051-JAP-TJB**
                                                    )
        **Plaintiff**                               )
                                                    )
        **vs.**                                     )
                                                    )
**J.A. CAMBECE LAW OFFICE, P.C.**                   )
                                                    )
        **Defendant**                               )
_____             )

## NOTICE OF DISMISSAL


        PLEASE TAKE NOTICE that plaintiff, ALBERT GARRIDO, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.



                        BY: /s/ Bruce K. Warren
                                Bruce K. Warren, Esquire
                                Attorney for Plaintiff
                                Attorney I.D. #89677
                                Warren & Vullings, LLP
                                1603 Rhawn Street
                                Philadelphia, PA 19111
                                215-745-9800